IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PRESTON LEONARD SCHOFIELD,**

    **Plaintiff,**

v.          Case No. 4:18cv185-MW/CAS

**STATE OF FLORIDA,
DEPARTMENT OF REVENUE,
et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED on July 28, 2018.**

                                          **s/Mark E. Walker         **
                                          **Chief United States District Judge**